[No. 56947-3-I. Division One. February 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN DALE HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12486-3, Michael Heavey, J., entered September 26, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 57137-1-I. Division One. February 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GEBREHIWET, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00212-8, Gerald L. Knight, J., entered October 18, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57165-6-I. Division One. February 20, 2007.]

ILONA (MARY) MCKEE, *Appellant*, v. JOSEPH LEHMAN, *as Secretary of the Department of Corrections*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-05915-3, Anita L. Farris, J., entered September 30, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Dwyer, JJ.

[No. 57452-3-I. Division One. February 20, 2007.]

*In the Matter of the Estate of* GENEVIEVE MCCUEN.

JANET KIRCHAN, *Appellant*, v. FRED SCHOEN, *as Personal Representative and Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-4-03145-7, Catherine D. Shaffer, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Cox, J.